IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:25-cv-00276-WO-LPA

CLAYTON BRADLEY WILLIAMS, III,

    Plaintiff,

 v.

PENNYMAC LOAN SERVICES, LLC,

    Defendant.

## DEFENDANT PENNYMAC LOAN SERVICES, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Pennymac Loan Services, LLC moves this Court to dismiss plaintiff Clayton Bradley Williams, III's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Pennymac relies on all filings of record and the memorandum in support of its motion and attached exhibits.

WHEREFORE, Pennymac Loan Services, LLC respectfully prays that the Court dismiss this action and for such other and further relief as the Court may deem just and proper.

This 16th day of July, 2025.

        **AKERMAN LLP**

        */s/ Celia C. Falzone*
        Celia C. Falzone (Pro Hac Vice)
        Fla. Bar No. 0016439
        E-Mail: celia.falzone@akerman.com;
        E-Mail: emory.woodard@akerman.com
        AKERMAN LLP

82246813;1

50 North Laura Street, Suite 3100
Jacksonville, FL 32202
T: (904) 798-3700; F: (904) 798-3730

*-and-*

Marc J. Gottlieb, Esq. (Pro Hac Vice)
Florida Bar No. 827819
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-Mail: marc.gottlieb@akerman.com
E-Mail: joyce.gutierrez@akerman.com

*-and-*

Michael Newell, Esq.
Florida Bar No. 1049438
Three Brickell City Centre
98 Southeast 7th Street, Suite 1100
Miami, Florida 33131
Telephone: (305)374-5600
Facsimile: (305)374-5095
michael.newell@akerman.com
elena.hamilton@akerman.com

*-and-*

*/s/ Donald R. Pocock*
Donald R. Pocock, Esq.
NC Bar No. 29393
Akerman LLP
100 North Main Street, Suite 2425
Winston-Salem, NC 27101
Telephone: 336 296 7100
Fax: 336 296 7026
donald.pocock@akerman.com
*Counsel for Pennymac Loan Services, LLC*

2

82246813;1

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served the following counsel of record via the Court's CM/ECF system:

Katherine Marie Aizpuru
Robin Bleiweis
Tycko & Zavareei LLP
kaizpuru@tzlegal.com
rbleiweis@tzlegal.com
Benjamin M. Sheridan
Klein & Sheridan, LC
ben@kleinsheridan.com
*Counsel for Plaintiff*

    This 16th day of July, 2025.

                                  */s/ Celia C. Falzone*
                                  Celia C. Falzone