IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CLAYTON BRADLEY WILLIAMS, III, <br><br> Plaintiff, <br><br> v. <br><br> PENNYMAC LOAN SERVICES, LLC, <br><br> Defendants. | STIPULATION OF PARTIAL VOLUNTARY DISMISSAL <br><br> Civil Action No. 1:25-cv-00276-WO-LPA |

Comes now the Parties by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and do hereby VOLUNTARILY DISMISS Counts III and IV of their First Amended Complaint, **WITH PREJUDICE**, as those two counts have been compromised and resolved between the parties pursuant to a confidential settlement agreement.

**Clayton Bradley Williams III,**
By Counsel,

BY: /s/ Benjamin Sheridan

Benjamin M. Sheridan (N.C. Bar No.: 52734)
Jed R. Nolan (N.C. Bar No.: 56899)
*Counsel for Plaintiff*
Klein & Sheridan LC PC
964 High House Road. PMB 2039
Cary, NC 27513
T: (919) 899-9533
F: (919) 899-9533
E: ben@kleinsheridan.com
E: jed@kleinsheridan.com

1

Agreed to by:

<u>/s/ Celia Falzone, with permission</u>
Celia C. Falzone
*Counsel for Defendant*
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
T: 904 798 3700
celia.falzone@akerman.com

1